IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| v. | : | CASE NO. 4:13-CR-00019-CDL-MSH |
| CANDACE DINGLER, | : | |
| Defendant. | : | |

## ORDER

Presently pending before the Court is the Government's Petition for action on conditions of pretrial release as to Defendant Candace Dingler. (Pet. for Action, ECF No. 23.) The Government avers that Defendant violated the conditions of her release by committing the offenses of harassing phone calls and terroristic threats. (Pet. 1.) After a hearing at which Defendant was present with counsel, this Court finds the Government has shown probable cause to believe that Defendant has committed these offenses and thereby violated her conditions of pretrial release. The Court also finds that Defendant has not carried her burden of rebutting the presumption that there are no release conditions that can ensure the safety of the community. Therefore, under the terms of 18 U.S.C. § 3148(b) the Court commits Defendant to the custody of the United States Marshals Service for confinement pending sentencing.

SO ORDERED, this 3rd day of October, 2013.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE